1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA TORRES DE AYALA,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | ) Case No.: 1:18-cv-0747 - JLT<br>)<br>) ORDER DIRECTING THE CLERK OF COURT<br>) TO CLOSE THIS ACTION IN LIGHT OF THE<br>) NOTICE OF VOLUNTARY DISMISSAL<br>)<br>) (Doc. 7)<br>)<br>)<br>)<br>) |

On June 28, 2018, Josefina Torres De Ayala filed a Notice of Dismissal, requesting "this matter be dismissed with prejudice." (Doc. 7) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendant had not appeared in this action or filed an answer, the action was automatically terminated. *Id.* Accordingly, the Court **ORDERS**:

    1.    Plaintiff's social security appeal is **DISMISSED** with prejudice; and

    2.    The Clerk of Court **IS DIRECTED** to close this action.


IT IS SO ORDERED.

    Dated:   **June 29, 2018**                  **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE